IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Illinois Tamale Company, Inc. d/b/a Iltaco, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>LC Trademarks, Inc., a Michigan corporation, and Little Caesar Enterprises, Inc., a Michigan corporation,<br><br>Defendants. | Case No. 1:24-cv-05210<br><br>Judge Jeremy C. Daniel<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF ILLINOIS TAMALE COMPANY, INC.'S**
**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that, on July 18, 2024, at 9:30 AM, at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 1419, Chicago, IL 60604, Plaintiff Illinois Tamale Company, Inc. d/b/a Iltaco, by and through its undersigned counsel, will move the Court for a Preliminary Injunction pursuant to its Motion for Preliminary Injunction, filed June 21, 2024 (Dkt. 2). This motion will be based upon all of the records, files, and proceedings herein, as well as the legal memoranda, affidavits, exhibits, and arguments of counsel.

**SAUL EWING LLP**

Dated: July 9, 2024

*/s/ Erin Westbrook*
Joseph M. Kuo
161 N. Clark Street, Suite 4200
Chicago, IL 60601
(312) 876-7100
joseph.kuo@saul.com

Erin Westbrook
33 South Sixth Street, Suite 4750
Minneapolis, MN 55402
(612) 225-2946
erin.westbrook@saul.com

***Attorneys for Plaintiff***

1