**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Illinois Tamale Company, Inc. d/b/a Iltaco, an Illinois corporation, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| LC Trademarks, Inc., a Michigan corporation, and Little Caesar Enterprises, Inc., a Michigan corporation, | ) ) ) ) ) |
| Defendants. | ) ) |

Case No. 1:24-cv-05210

Judge Jeremy C. Daniel

JURY TRIAL DEMANDED

## DECLARATION OF ERIN WESTBROOK

I, Erin Westbrook, hereby declare upon penalty of perjury that the following statements are true and accurate to the best of my knowledge and belief.

1.      I am an attorney representing Illinois Tamale Company, Inc. ("Iltaco") in the above-captioned matter.

2.      Attached hereto as <u>Exhibit 1</u> is a true and correct copy of a printout from Little Caesars' website from December 30, 2024, showing that Defendants continue to use PIZZA PUFFS.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 30, 2024                    *s/ Erin Westbrook.*
                                                                        Erin Westbrook