# **<u>EXHIBIT 1</u>**



0



### PEPPERONI CRAZY PUFFS®

$3.99     680 cal

Four hand-held pizza puffs with Mozzarella Cheese, Pepperoni and pizza sauce topped with a buttery-garlic flavored drizzle, Italian Herb and Parmesan Seasoning

1

**ADD TO ORDER**

Nutritional Information

Case: 1:24-cv-05210 Document #: 39-2 Filed: 12/30/24 Page 3 of 3 PageID #:2244



☰



0

## ORDER ON OUR MOBILE APP





Terms of Service

Privacy Policy

Consumer Health Data

U.S State Privacy Notice

Your Privacy Choices

¿Español?

©2003-2024 Little Caesar Enterprises, Inc. All rights reserved. The Little Caesars® Pizza name, logos and related marks are trademarks licensed to Little Caesar Enterprises, Inc.

If you are using a screen reader and having difficulty please call 1-800-722-3727.

This site is protected by reCAPTCHA and the Google Privacy Policy and Google Terms of Service apply.