IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Illinois Tamale Company, Inc. d/b/a Iltaco, an Illinois corporation, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:24-cv-05210 |
| v. ) ) | Judge Jeremy C. Daniel |
| LC Trademarks, Inc., a Michigan corporation, and Little Caesar Enterprises, Inc., a Michigan corporation, ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

**[PROPOSED] ORDER ON**
**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

On October 23, 2024, this Court held an evidentiary hearing on Plaintiff's Motion for Preliminary Injunction. Based on the record before it, IT IS HEREBY ORDERED that:

1. Defendants are enjoined from using the term PIZZA PUFFS immediately in any of Defendants' marketing, advertising, promotions, sales, or offers for sales.

2. Defendants are enjoined from using the term PIZZA PUFFS immediately in any social media posts, including but not limited to those made on Instagram, X (formerly known as Twitter), YouTube, and TikTok.

3. Defendants shall immediately remove any reference to PIZZA PUFFS from any materials marketed, advertised, promoted, sold, or offered for sale by Defendants.

4. Defendants shall immediately notify any licensee, franchisee, agent, or other affiliate (collectively, "Affiliates") to remove any materials marketed, advertised, promoted, sold, or offered for sale by any such Affiliate containing the term PIZZA PUFFS.

5. Defendants shall immediately remove any previously posted social media posts, including but not limited to those made on Instagram, X (formerly known as Twitter), YouTube,

1

and TikTok, containing the term PIZZA PUFFS.

Dated: _____

_____
Jeremy C. Daniel
United States District Judge

2